**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.  24-60206-CR-LEIBOWITZ**

**UNITED STATES OF AMERICA**,

    Plaintiff,

v.

**SUMAN JANA**,

    Defendant.

_____/

<u>**ORDER SETTING DATE, TIME, AND PROCEDURES FOR SENTENCING HEARING**</u>

THIS CAUSE came before the Court upon the conclusion of the Defendant's Change-of-Plea hearing held Wednesday, November 13, 2024.  It is hereby **ORDERED AND ADJUDGED** that a sentencing hearing is set in this matter for **Friday, March 7, 2025, at 1:00 p.m.**, in the Fort Lauderdale Division, Courtroom 202A, before Judge David Leibowitz.

<u>**SENTENCING PROCEDURES**</u>

1. The Probation Office shall disclose the Draft Presentence Investigation Report ("PSR") no later than **35 days** prior to the sentencing hearing.

2. Each party shall file its objections, if any, to the Draft PSR and any motions for sentencing departures or variances no later the **14 days** after the disclosure of the Draft PSR.  The non-moving party will then have **7 days** to respond.

3. The Probation Office shall disclose the Final PSR and Addendum no later than **10 days** before the sentencing hearing.  Each party shall, no later than **5 days** before the sentencing hearing, file a notice of setting forth all previously filed objections that have been resolved and all objections that remain outstanding.

CASE NO. 24-60206-CR-LEIBOWITZ

4. The Court has set aside **45 minutes in total** for this hearing. If any party requires more time, counsel for that party shall file, no later than **7 days** prior to the hearing, a motion for more time in which the moving party shall lay out exactly how much time will be needed and why (including but not limited to the need to submit evidence at the hearing).

5. If after the change of plea hearing the Defendant continues to be released on bond conditions, the Defendant is advised that he should be prepared to self-surrender and commence serving sentence at the conclusion of the sentencing hearing. No later than **5 days** before the sentencing hearing, the Defendant will inform the Court of any intention to move for any additional period of release on bond conditions beyond the sentencing hearing.

**DONE AND ORDERED** in Southern District of Florida, this 13th day of November, 2024.



DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc:     counsel of record